UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:19-cv-61680-RS

HOWARD COHAN,

    Plaintiff,

vs.

BANYAN FOODS, CORP.,
d/b/a MCDONALD'S #0924

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BANYAN FOODS, CORP., d/b/a MCDONALDS #0924, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 28, 2019.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ **Katherine E. Woods** |
| Gregory S. Sconzo, Esq. | KATHERINE. E. WOODS |
| Florida Bar No.: 0105553 | Florida Bar No.: 93150 |
| The Law Office of Gregory S. Sconzo, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 5080 PGA Boulevard, Suite 213 | Counsel for Defendant, |
| Palm Beach Gardens, FL 33418 | BANYAN FOODS, CORP. |
| Telephone: (561) 729-0940 | d/b/a MCDONALD'S #0924 |
| Facsimile: (561) 491-9459 | Esperante Building |
| Service Email: sconzolaw@gmail.com | 222 Lakeview Avenue, Suite 120 |
| Email: greg@sconzolawoffice.com | West Palm Beach, Florida 33401 |
| Attorney for Plaintiff | Telephone (561) 383-9203 |
| | Facsimile (561) 683-8977 |
| | Primary e-mail: katherine.woods@csklegal.com |
| | Alternate e-mail: lisa.gordon@csklegal.com |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  **/s/ Gregory S. Sconzo**
                                                  **Gregory S. Sconzo, Esq.**