UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

                                    CASE NO.: 0:19-cv-61680-RS

vs.

BANYAN FOODS, CORP.,
d/b/a MCDONALD'S #0924

    Defendant(s).

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, BANYAN FOODS, CORP., d/b/a MCDONALD'S #0924, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against BANYAN FOODS, CORP., d/b/a MCDONALD'S #0924; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED September 26, 2019.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
The Law Office of Gregory S. Sconzo, P.A.
5080 PGA Boulevard, Suite 213
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Service Email: sconzolaw@gmail.com
Email: greg@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Katherine E. Woods**
KATHERINE. E. WOODS
Florida Bar No.: 93150
COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant,
BANYAN FOODS, CORP.
d/b/a MCDONALD'S #0924
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9203
Facsimile (561) 683-8977
Primary e-mail: katherine.woods@csklegal.com
Alternate e-mail: lisa.gordon@csklegal.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Gregory S. Sconzo_____
**Gregory S. Sconzo, Esq.**