UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-61680-SMITH

HOWARD COHAN,

    Plaintiff,

v.

BANYAN FOOD CORP.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 12). The Court having considered the Stipulation and being otherwise duly informed therein, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation (ECF No. 12) is **APPROVED**.

2. The above-styled case is **DISMISSED WITH PREJUDICE**.

3. The Parties shall bear their own costs and fees except as provided for in the Parties' settlement agreement.

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT** and all deadlines are **TERMINATED**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of September, 2019.

                                                RODNEY SMITH
cc:  All counsel of record              UNITED STATES DISTRICT JUDGE